# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　Case No.　　6:19-mj-00080-JDP
DJAN ONURAL,　　　　　　　　　　　)

### ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

1. The defendant must not violate federal, state, or local law while on release;

2. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

3. The defendant shall not harass, assault, threaten or stalk the alleged victim, C.M.;

4. The defendant must notify the court through his attorney within 7 days if he is cited, arrested, or charged;

5. The defendant shall notify the court within 7 days of any change of address;

6. Pending further order of this court, the defendant shall stay away from and not have any contact with the alleged victim, C. M., either directly or indirectly. No contact means no contact by any means, including mail, any electronic form of communication, telephone, or via third party; and

7. Unless waived by the
   court, the defendant　　　U.S. District Court, Yosemite on December 10, 2019 @ 10:00 am
   must appear before:　　　　　before Magistrate Judge Jeremy D. Peterson.

   _____

   *Place*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date:　　　11/20/2019　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　*Defendant's signature*

Date: _____ 11/20/2019 _____ _____     _____ _____ _____

_____
*Judicial Officer's Signature*

Magistrate Judge Jeremy D. Peterson _____ _____ _____
*Printed name and title*